ORIGINAL

**FILED**

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0536

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0536

_____

IN THE MATTER OF MARIBETH M. HANSON,

An Attorney at Law,                                    O R D E R

Respondent

_____

On September 18, 2023, the Office of Disciplinary Counsel (ODC) filed a Petition for Reciprocal Discipline of Montana attorney Maribeth M. Hanson, pursuant to Rule 27A of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). ODC has provided the Court with a certified copy of an April 17, 2023 Disbarment Order of the Supreme Court of the State of Washington, affirming a disciplinary order disbarring Hanson from the practice of law in Washington.

Pursuant to MRLDE 27B,

IT IS HEREBY ORDERED that Maribeth M. Hanson is granted until October 20, 2023, in which to inform this Court of any claim predicated upon the grounds set forth in MRLDE 27D as to why discipline identical to that imposed in Washington should not also be imposed in Montana.

The Clerk is directed to provide a copy of this Order and a copy of the Washington Supreme Court's April 17, 2023 Disbarment Order to Respondent Hanson and a copy of this Order to ODC.

DATED this 19ᵗʰ day of September, 2023.

For the Court,

_____
Chief Justice

FILED

SEP 1 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana